**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alton Lamar MARTIN, Defendant–**
**Appellant.**

**No. 06–41515**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David E. Garcia, Law Offices of Korth, Heller & Garcia, Laredo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Alton Lamar Martin appeals the 39–month sentence he received following his guilty-plea conviction for transporting illegal aliens for profit, in violation of 8 U.S.C. § 1324. His sole argument on appeal is that the district court erred in refusing his request for a downward departure, pursuant to U.S.S.G. § 4A1.3(e), on the ground that his criminal history score overrepresented his criminal past. We lack jurisdiction to consider the argument. *See United States v. Hernandez,* 457 F.3d 416, 424 (5th Cir.2006).

The appeal is DISMISSED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

